Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BAILEY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:16-cv-02279 |
| v. | ) |
| | ) |
| PROGRESSIVE MANAGEMENT SYSTEMS, | ) **STIPULATION FOR DISMISSAL** |
| | ) **OF ACTION WITH PREJUDICE** |
| Defendants. | ) |
| | ) |
| | ) |

TO THE CLERK:

Plaintiff, KIM BAILEY (herein after "Plaintiff"), and Defendant, R.M. GALICIA, INC. dba PROGRESSIVE MANAGEMENT SYSTEMS (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

- 1 -

STIPULATION FOR DISMISSAL

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| /S/ Debbie P. Kirkpatrick | /S/ Amy L. Bennecoff Ginsburg |
|---|---|
| Debbie P. Kirkpatrick Esq. | Amy L. Bennecoff Ginsburg Esq. |
| Sessions Fishman Nathan and Israel LLP | Kimmel & Silverman, P.C. |
| 1545 Hotel Circle South, Suite 150 | 30 East Butler Pike |
| San Diego, CA 92108-3426 | Ambler, PA 19002 |
| Phone: (619) 758-1891 | Phone: (215) 540-8888 |
| Fax: (619) 296-2013 | Fax: (215) 540-8817 |
| Email: dkirkpatrick@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |

Date: September 22, 2016              Date: September 22, 2016

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Debbie P. Kirkpatrick, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: September 22, 2016         Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of September, 2016:

Debbie P. Kirkpatrick Esq.
Sessions Fishman Nathan and Israel LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Phone: (619) 758-1891
Fax: (619) 296-2013
Email: dkirkpatrick@sessions.legal
Attorney for Defendant

DATED:  September 22, 2016         /s/ Amy L. Bennecoff Ginsburg
                                    Amy L. Bennecoff Ginsburg Esq.
                                    Attorney for Plaintiff