JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BAILEY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:16-cv-02279-ODW |
| v. ) | |
| ) | **ORDER APPROVING** |
| PROGRESSIVE MANAGEMENT ) | **STIPULATION FOR DISMISSAL** |
| SYSTEMS, ) | **OF ACTION WITH PREJUDICE** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Based on the stipulation of the parties, Plaintiff KIM BAILEY and Defendant R.M. GALICIA, INC. dba PROGRESSIVE MANAGEMENT SYSTEMS, this action is hereby dismissed with prejudice in its entirety. Each party will bear its own attorney's fees and costs.

Dated:

September 23, 2016

Hon. Otis D. Wright, II
United States District Judge

- 1 -

ORDER APPROVING STIPULATION FOR DISMISSAL

2:14-cv-310-KJM-DAD